# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Rolands & Associates Corporation )     ASBCA No. 60500
)
Under Contract No. N00189-07-D-Z025 )

APPEARANCE FOR THE APPELLANT:      Donald G. Featherstun, Esq.
    Seyfarth Shaw LLP
    San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Srikanti Schaffner, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 28 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60500, Appeal of Rolands & Associates Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals